IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| ABDUL KASSIMOV, | * | |
| Petitioner | * | |
| vs. | * | CASE NO. 4:07-CV-22(CDL) |
| ALBERTO GONZALES, et al., | * | |
| Respondents | * | |

ORDER ON REPORT AND RECOMMENDATION

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 21, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 28th day of January, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE